FENG LI. ESQ.
ATTORNEY FOR OCEAN TEXTILE CORPORATION
1719 ROUTE 10 EAST,   SUITE 318
PARSIPPANY, NJ 07054
PHONE: (973) 590-5110

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| STAR PACIFIC CORPORATION, | Case No.: CV 08-4957 (SDW) |
|     Plaintiff, | |
| -against- | |
| STAR ATLANTIC CORPORATION, a New Jersey Corporation, QI LU, individually and as agent for Star Atlantic Corporation (NJ), STAR ATLANTIC CORPORATION, a Florida Corporation, YAFEI ZHAO a/k/a ALFRED ZHAO, individually and as agent for Star Atlantic Corporation (FL/NJ), OCEAN TEXTILE CORPORATION, a Florida Corporation, ANNA KARINA, INC., a Florida Corporation, ZHENG LI a/k/a MICHAEL LI, individually and as agent for Star Atlantic Corporation (FL/NJ), Ocean Textile Corporation and Anna Karina, Inc., JOHN DOE # 1-10 and JANE DOE # 1-10, and XYZ CORPORATION #1-10, all names being fictitious and presently unknown, | NOTICE OF APPEARANCE FOR OCEAN TEXTILE CORPORATION |
|     Defendants. | |

_____

Please take a Notice that the law offices of Feng Li, LLC appears here as the counsel for Defendant, Ocean Textile Corporation in this matter. Please direct all correspondence and communications to the office listed here.

By: s/Feng Li/
Feng Li, Esq.

Date: December 18, 2008