## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

September 25, 2009

| | |
|---|---|
| Bing Li, Esq.<br>Law Offices of Bing Li, LLC<br>1350 Broadway<br>Suite 1001<br>New York, NY 10018-0947 | <u>VIA REGULAR & CERT. MAIL, R.R.R.</u><br>Zheng Li, Pro Se<br>4980 NW 165th Street<br>A-15<br>Miami, FL 33014 |
| Kun Zhao, Esq.<br>Kevin Kerveng Tung, P.C.<br>33-70 Prince Street<br>CA-30<br>Flushing, NY 11354 | Feng Li, Esq.<br>1719 Route 10 East, Suite 318<br>Parsippany, NJ 07054<br><br><u>VIA REGULAR & CERT. MAIL, R.R.R.</u><br>Alfred Zhao, Pro Se<br>2310 Wilderness Way<br>Marietta, GA 30066 |

### REVISED
### <u>LETTER ORDER</u>

RE:   **Star Pacific Corporation v. Star Atlantic Corporation, et al.**
         **Civil Action No. 08-4957 (JAG)**

Dear Counsel and Litigant:

An in person hearing is scheduled for **Thursday, October 1, 2009 at 2:00 p.m.** Mr. Feng Li and a representative from his client, Ocean Textile Corp., shall attend. The Court will address all outstanding discovery issues, compliance with Court orders and the pending motion to be relieved filed by Mr. Feng Li.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

Orig: Clerk
cc:   Hon. Joseph A. Greenaway, Jr.,U.S.D.J.
         File