# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STAR PACIFIC CORPORATION, | Civil Action No. 08-4957 (SDW) |
| Plaintiff(s), | |
| v. | **ORDER** |
| STAR ATLANTIC CORP., et al., | October 20, 2009 |
| Defendant(s). | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo, filed on October 6, 2009, regarding corporate defendants Star Atlantic Corporation, a New Jersey Corporation ("SAC/NJ"); and Star Atlantic Corporation, a Florida Corporation ("SAC/FL")'s failure to obtain corporate counsel. In the R&R, Magistrate Judge Arleo considers the arguments made by the parties and recommends that this Court strike SAC/NJ and SAC/FL's answers and counterclaims; allow an entry of default against them; and allow plaintiff Star Pacific Corporation ("Plaintiff") to proceed to judgment by default. No objection to the R&R was filed.

The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed on October 6, 2009, is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that SAC/NJ and SAC/FL's Answer and Counterclaims (Docket entry no. 35)

are stricken; and it is further

**ORDERED** that Plaintiff be allowed to proceed to judgment by default as to SAC/NJ and SAC/FL and enter default against them.

s/Susan D. Wigenton, U.S.D.J.

cc: Magistrate Judge Madeline C. Arleo