# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 2060**
**NEWARK, NJ 07101**
**973-297-4903**

March 3, 2010

Bing Li, Esq.
Law Offices of Bing Li, LLC
1350 Broadway
Suite 1001
New York, NY 10018-0947

Kun Zhao, Esq.
Kevin Kerveng Tung, P.C.
33-70 Prince Street
CA-30
Flushing, NY 11354

VIA REGULAR & CERT. MAIL, R.R.R.
Star Atlantic Corporation
Qi Lu, Pro Se
375 Sylvan Avenue
3rd Floor, Room 37
Englewood Cliffs, NJ 07032

VIA REGULAR & CERT. MAIL, R.R.R.
Alfred Zhao, Pro Se
2310 Wilderness Way
Marietta, GA 30066

John R. Parker, Esq.
260 Route 202/31
Suite 1100
Flemington, NJ 08822-1794

## LETTER ORDER

RE: **Star Pacific Corporation v. Star Atlantic Corporation, et al.**
**Civil Action No. 08-4957 (SDW)**

Dear Counsel and Defendants:

Oral argument on the pending motion to withdraw is scheduled for **Tuesday, April 13, 2010 at 12:00 noon.** Counsel, parties and pro se Mr. Lu shall attend.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

Orig: Clerk
cc: Hon. Susan D. Wigenton, U.S.D.J.
File